502

Keith LUTZ, Petitioner,

v.

**TANGLWOOD LAKES COMMUNITY ASSOCIATION, INC.,**
Respondent.

Supreme Court of Pennsylvania.

July 19, 2005.

### *ORDER*

PER CURIAM.

AND NOW, this 19th day of July, 2005, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether 15 Pa.C.S. § 5726(b) limits the authority to accomplish removal of a director of a nonprofit corporation by its board of directors to cause as delineated by the statute and in the corporation's bylaws?

**COMMONWEALTH of Pennsylvania,**
Petitioner,

v.

**Timothy SANDERS, Respondent.**

Supreme Court of Pennsylvania.

July 22, 2005.

### *ORDER*

PER CURIAM.

AND NOW, this 22nd day of July 2005, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court. *See Commonwealth v. Wallace*, 870 A.2d 838 (Pa.2005).